No. P67/83.—Morris Friedman & Co. v. United States, protests 65/60, etc. (Philadelphia).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bulrush baskets similar in all material respects to the rush baskets the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 29, 1967

No. P67/84.—James G. Wiley Co., a/c Rex C. Ellesworth v. United States, protest 64/23060 (Los Angeles).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of anesthetic apparatus similar in all material respects to those the subject of the *O. E. M. Corp.* v. *United States* (50 Cust. Ct. 138, C.D. 2402), the claim of the plaintiff was sustained.

No. P67/85.—Belf & Lustig, Inc. v. United States, protest 62/13334 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of brass hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiff was sustained.